Commonwealth ex rel. Goodwin, Appellant, *v.* Goodwin.

Argued March 16, 1965. *Morris Gerber,* with him *Louis M. Cohen,* and *Wolf,*

*Block, Schorr and Solis-Cohen,* for appellant; *Samuel P. Lavine,* with him *Richard M. Rosenbleeth, William F. Fox,* and *Steinberg, Richman, Price and Steinbrook,* for appellee.

Order affirmed.

FLOOD, J., absent.